# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONN JONES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:05CV185 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RELIASTAR LIFE INSURANCE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court following a telephone conference call with counsel for the parties on December 30, 2005. The parties have reached a settlement of this matter but have been unable to finalize the documents needed to dismiss the matter. Accordingly,

**IT IS ORDERED:**

The court will hold a status conference in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:00 a.m. on January 19, 2006.** All parties are to be represented in person by counsel and by a representative of the party with complete authority to consummate a settlement of this matter. Failure to have such a representative present at the conference shall result in sanctions being imposed on the offending party.

DATED this 30th day of December, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge