IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONN JONES, ANTHONY J. SORRENTINO, ALICE SHADA and THE SILVERSTONE GROUP,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RELIASTAR LIFE INSURANCE COMPANY and ING LIFE INSURANCE AND ANNUITY COMPANY,<br><br>　　　　Defendants. | **8:05CV185**<br><br><br><br>**JUDGMENT** |

This matter is before the court on plaintiffs' application for attorneys' fees, Filing No. 26. By previous order, the court awarded plaintiffs their attorneys' fees in connection with motions to enforce a settlement agreement and to obtain a judgment. Filing No. 25. Plaintiffs have shown that they incurred attorneys' fees in the amount of $4,130.50, representing 11.2 hours of work performed by an attorney at the hourly rate of $250.00 and 9.8 hours of work performed by a paralegal at the hourly rate of $75.00. The court finds that the hours expended are reasonable. Also, the hourly rates are reasonable as compared to compensation for similar work in this legal community. Accordingly,

IT IS HEREBY ORDERED that judgment is entered in favor of plaintiffs and against defendants in the amount of $4,130.50 for attorneys' fees.

DATED this 12th day of June, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
Joseph F. Bataillon
United States District Judge